```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv3340 (DLC)
PALIO INC., et al.,                      :
                                         :       ORDER
                    Plaintiffs,          :
                                         :
          -v-                            :
                                         :
CHEK FINANCIAL, INC.,                    :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 10, 2024, an Order directed the parties to show cause why certain parts of the complaint should not be filed without redactions. In a letter of May 17, the plaintiffs represented that they defer to the Court's determination as to the appropriate scope of redactions to be made in the complaint. The plaintiffs further represented that they had served the May 10 Order on the defendant and received no response. The defendant has not appeared in this action nor responded to the May 10 Order. Accordingly, it is hereby

ORDERED that the plaintiffs shall re-file the complaint with only the dollar and share amounts redacted in paragraphs 23, 24, 42, and 43; and paragraphs 77 and 78 without redactions.

Dated:   New York, New York
         May 20, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge