```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24cv3340(DLC)
PALIO INC., et al.,                      :
                                         :        ORDER
                        Plaintiffs,      :
            -v-                          :
                                         :
CHEK FINANCIAL, INC.,                    :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' September 27, 2024 letter regarding discovery, it is hereby

ORDERED that a telephone conference is scheduled for **October 2, 2024** at **3:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         September 30, 2024

                                                     DENISE COTE
                                  United States District Judge