UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
PALIO INC., et al.,                  :          24cv3340(DLC)
                                     :
                         Plaintiffs, :          ORDER
                                     :
            -v-                      :
                                     :
CHEK FINANCIAL, INC.,                :
                                     :
                         Defendant.  :
------------------------------------ X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has

been settled, it is hereby

    ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **January 14, 2025**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          December 17, 2024

                                _____
                                     DENISE COTE
                                United States District Judge