```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    24cv3340(DLC)
PALIO INC., et al.,                      :
                                         :        ORDER
                       Plaintiffs,       :
         -v-                             :
                                         :
CHEK FINANCIAL, INC.,                    :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 3, 2025, the parties filed a Stipulation of Contingent Discontinuance. It is hereby

ORDERED that a telephone conference is scheduled for **February 5, 2025** at **3:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        1-855-244-8681
Access Code:    2312 042 2648
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         February 4, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge